ORIGINAL

United States District Court
Eastern District of New York

VITALIANO, J.

-----------------------------------------------------------

philip johnson,

                      plaintiff,

against,

City of New York, Corporation doing business as
New York City Housing Authority ,
John Doe number one alias known as New York
City Housing Authority employee,
Police Department City of New York, John
Doe number two alias known as Police Department
City of New York employee, Jane Doe
number one alias known as Police Department
City of New York employee 105 precint,
New York City Department of Corrections,

                 Defendants.

-----------------------------------------------------------

claim complaint
demand trial by jury



CV 12- 2484

1. Parties –

   Plaintiff philip johnson, lives at "131-23 224 Street Queens County, New York  11413

   And 131-25 224 Street Queens County, New York  11413".

   Defendant(s) City of New York, New York City Department of Corrections, Police

   Department City of New York and its employees has as its Counsel the Corporation

   Counsel of the City of New York at 100 Church Street , New York, New York 10007.

   Defendant New York City Department of Corrections , has as its principle place of

   business 75-20 Astoria Boulevard Queens , New York 11370.

   Defendant Police Department City of New York and its employees has as its principle

   place of business One Police Plaza , New York , New York 10038.

Defendant New York City Housing Authority has as its principle place of business 250 Broadway, New York, New York 10007 (9th floor for legal papers).

2. Jurisdiction - includes but not limited to -42 United States Code section 1983, 28 united States Code section 2671-80, 5 United States Code section 552a, 28 United States Code section 1400(a), violation due process, violation fifth amendment, violation eight amendment, violation first amendment, 28 United States Code section 1331

3. Claim – on about April 20, 2012, i was making improvements to my "home real property" located at "131-23 224 Street Queens County, New York and 131-25 224 Street Queens County, New York" erroneously designated a "two Family" home because it has two entrances, but, both entrances actually "open up" into basically the same space and the upstairs portion of the building has no indication that a kitchen existed or ever existed there. While making said improvements i was approached by an individual who questioned what I was doing at said home and i replied that "i live here". The police were then summoned by said individual and i was subsequently arrested under the threat of violence, coercion and duress. False arrest and unlawful imprisonment. i was False arrest by constables from 105 precint about 2 p.m. on about April 20, 2012. told that the individual that questioned me was a "Department of Housing employee". i was fingerprinted against my will by the police and was not allowed to cover my hair and head according to my "religion" and "culture" and was improperly "fastened" by handcuffs and shackles that caused extreme pain while being transferred to the Department of Corrections and said "fasteners" were not loosened until consequently being "processed" by the Department of Corrections, despite my requests to have them loosened earlier. The Department of Corrections performed a eye scan against my will

and did not allow me to cover my hair and head according to my "religion" and "culture" and i suffered extreme pain on different occasions because of improperly fastened handcuffs that were not loosened after several requests but were subsequently removed to consequently "process" me, myself. All of these City employees should have been aware New York Abandoned Property Law – Article 2 section 200 – Escheated lands – "all lands the title of which shall fail from a defect of heirs, shall revert, or escheat to the people" and New York State Assembly Bill Number A11574A and Number S07915C that refer to adverse possession may also have some effect on this matter. As a result of these existing laws and Bills the said police and/or Department of Housing employee could simply have given me notice that a court procedure may be started against me, myself, as in or similar to some sort of eviction proceeding, as they knew where i could be located to serve said notice, and an arrest was totally unnecessary as my actions are protected by said law and Bills. My personal property to include but not limited to work equipment, back supporter, tools, papers, traveling cards and passes, tool bag, hardware and the like were left at the said location(s) and it appears that all said items have subsequently been "locked up" at said location(s) by a padlock(s) that i do not have the key(s) to and that i did not request to be placed at or on my home. There is no order from the lower court regarding the said home real property. My home is a abandoned building that is not being used by or for the public in any form. Said building has been "stripped" of its copper water pipes, has no water service, no electricity, no gas, no heat, no operable kitchen or bathrooms or fixtures and was "boarded up" and in general disrepair until i began to improve said

property. I simply needed a place to live and wanted to fix up my home and to be a good member of the community. After i was released (please find a copy of the return date notice attached, and as its validity is not yet in dispute, please accept it as valid), with no orders from the lower court regarding the said home real property, i returned to my home to find the door to my home padlocked which in part prompted this action. There is no order from the lower court in regards to said home real property.

4. By reason of the previously stated facts the defendants have violated my State rights, my natural rights and thus my United States and Federal rights and as such I am seeking damages for wrongful arrest, Unlawful imprisonment, malicious prosecution, making a false report, defamation of character, fraud, negligence, gross negligence, wreck less endangerment, actual damages, economic harm, consequential damages, incidental damages, punitive damages and the like and a injunction demanding that the defendants be directed and made to stop violating any of my rights.

5. By reason of the facts stated above plaintiff has been damaged by the defendants in the sum of at least one million dollars (1,000,000.00) in United States Currency.

Because of the preceding facts and events I demand a trial by jury and or that the defendants settle with me, myself for the said amount and or a judgment against the defendants for the said amount regarding this action and an injunction directing and making the defendants cease and desist from violating any of my rights.

Dated on about – May 16, 2012   agent special appearance----*p. hw*----------
                                 Without recourse, without prejudice, all natural rights reserved
                                       philip johnson

# Criminal Court of The City of New York

Docket Number: **2012QN021941**

<u>Bring this notice with you whenever you appear in court</u>

You are to appear in court on **5/30/12** at 9:30 A.M. at Part **AP 5** located at 125-01 Queens Boulevard, Kew Gardens, NY 11415.

If you are released and you fail to appear at the time, date, and place indicated above:
– A Warrant for your Arrest will be issued and bail may be set upon your return.

If you are released on bail and you fail to appear:
– A Warrant for your Arrest will be issued
– Your Bail will be forfeited
– You may be charged with the crime of Bail Jumping.

INS. BOND __R__

CASH BAIL __O__

R

If you are committed:
– You have the right to communicate with relatives or friends by letter or telephone free of charge
– You have the right to the aid of counsel at every stage of the proceedings.

You must pay a fine of $ _____ if you are unable to pay this fine on the above date, you must appear in person and you will be permitted to make an application for additional time to pay.

**IF YOU DO NOT APPEAR AS DIRECTED, A WARRANT FOR YOUR ARREST MAY BE ISSUED.**

At IAS Part _____ of the
Supreme Court of the Queens County
Courthouse, located at 88-11 Sutphin Blvd.,
Jamaica, NY 11435
This _____ day of _____, 20__

**PRESENT:** Hon. _____

-------------------------------------------------

Philip Johnson

Plaintiff/Petitioner,

-against-

City of New York, New York City Housing Authority Corporation
New York City Housing Authority Corporation Employee John Doe,
Queens County, New York City Police Department, New York City
Police Department Employees John Doe and Jane Doe, New York City
Department of Corrections, New York City,

Defendant/Respondent.

-------------------------------------------------

**POOR PERSON ORDER
PURSUANT TO
CPLR § 1101(d)**

Index No. 8858/12

Upon reading and filing the affidavit of the Plaintiff/Petitioner, sworn to on the _____ day of _____, 20____, and due deliberation having been had thereon, it is:

_____ ORDERED, that the application of the Plaintiff/Petitioner for leave to proceed as a poor person is GRANTED, and all fees and costs relating to the filing of the pleadings and the Request for Judicial Intervention (RJI) are waived.

_____ ORDERED, that the application of the Plaintiff/Petitioner for leave to proceed as a poor person is DENIED. Plaintiff must pay the statutory Index Number fee and all accompanying fees within 120 days from the date of this order or the action is deemed dismissed without prejudice.

_____ ORDERED, that all fees and costs relating to filing an appeal of this Order are waived.

**ENTER:**

_____
J.S.C.

**INSTRUCTIONS: MAKE SURE YOUR PAPERS DO NOT HAVE ANY BLANK SPACES. EACH LINE REQUIRES AN ANSWER EVEN IF THE ANSWER IS NOT APPLICABLE. YOUR PAPERS MUST CONTAIN YOUR NAME, THE NAME OF THE PERSON YOU ARE PROCEEDING AGAINST AND YOUR INDEX NUMBER. CAREFULLY REVIEW YOUR PAPERS TO MAKE SURE YOU HAVE PROVIDED ALL REQUIRED INFORMATION. <u>PLEASE PRINT YOUR ANSWERS AND USE BLACK INK ONLY</u>.**

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**
------------------------------------------------------------X

philip Johnson

Index No. 8858/12

# FILED

APR 26 2012

COUNTY CLERK
QUEENS COUNTY

**Plaintiff(s)/Petitioner(s)**
- AGAINST -

City of New York, New York City Housing Authority Corporation, New York City Housing Authority Corporation Employee John Doe, Queens County, New York City Police Department, New York City Police Department Employees John Doe and Jane Doe, New York City Department of Corrections, New York City

**Defendant(s)/Respondent(s)**
------------------------------------------------------------X

***INSERT THE EXACT CAPTION AS IT APPEARS ON EITHER THE PETITION OR THE SUMMONS*****

**AFFIDAVIT IN SUPPORT APPLICATION TO PROCEED AS A POOR PERSON**

STATE OF NEW YORK} ss:
COUNTY OF __Queens__ } [INSERT COUNTY WHERE PAPERS SIGNED]

__philip Johnson__ [YOUR NAME], being duly sworn, says:

1. I am the Plaintiff/Petitioner/Defendant/Respondent (**STRIKE THOSE THAT DO NOT APPLY.**) I reside at __131-25 224 Street and 131-23 224 Street__ [YOUR ADDRESS] in the County of __Queens__ INSERT COUNTY OF RESIDENCE] and State of New York.

2. I am about to prosecute/commence/defend ( **STRIKE THOSE THAT DO NOT**

APPLY) an action/special proceeding for [BRIEFLY DESCRIBE THE NATURE OF THE

RELIEF SOUGHT]: Order to show cause why the padlock on my home and property should not be removed, pending a investigation, so that i can have access to my home and personal items, work equipment, personal papers, transportation cards and passes and tools. It appears i was observed making improvements to my home by a john doe, a new york housing Authority employee and when i told him i lived at said home he called the police without any notice or court process and i was arrested without any notice or court process

This action is based upon [DESCRIBE BRIEFLY THE FACTUAL BASIS FOR THE

ACTION/SPECIAL PROCEEDING ABOUT TO BE PROSECUTED/COMMENCED/

DEFENDED]: New York abandoned property law - Article 2 section 200 - Escheated lands - all lands the title of which shall fail from a defect of heirs, shall revert or escheat, to the people and New York State Assembly Bill Number A11574A and Number S07915C Adverse Possession, i have been falsely arrested at my home while i was replacing a padlock with a door lock to allow easier access to the exterior and while making other improvements. i am now being maliciously prosecuted.

___

3. My sole source of income is [STATE IN DETAIL HOW YOU EARN/RECEIVE

ALL OF YOUR INCOME]. any work when available (painting, tiling etc.) but i have been officially unemployed for over a year. i am homeless without the property(s) that concern this matter. i have about 30 dollars and no other money in the bank or in any other form. i own No cars and only have my equipment for when work is available and my clothes and a laptop an papers and the abandoned property where i have been living.
I earn $ 0 per _____ [SUBMIT PROOF OF THE AMOUNT, I.E. PAY

STUB, W-2, AWARD LETTER, PUBLIC ASSISTANCE I.D. CARD]: _____

___

4. I support myself and _____ [INSERT ACTUAL NUMBER]

others in my household.

5. My property and their values are as follows: [DESCRIBE IN DETAIL] if you own a

house or condominium, please list the approximate value of the property, monthly mortgage payments or monthly maintenance charges. Please advise the court if your mortgage is in arrears and if a foreclosure proceeding has been commenced against you. If a foreclosure proceeding has been commenced please provide the court with the index number. my property home is a abandoned building, it appears it is erroneously described as a "two family" home, as it appears it has two front entrances but they basically open up into the same space and their is no Kitchen located in the upstairs. I believe the property may have two addresses: 131-25 224 street and 131-23 224 street, both located in Queens County New York. Said building has no running water, no water pipes, no working bathrooms or kitchen, no electricity and no gas. without said home i am homeless. Said property has been stripped of all pipes, sinks,

6. I make this application pursuant to Section 1101 of the Civil Practice Law and Rules upon the ground that I am unable to pay costs, fees and expenses necessary to prosecute/commence/defend the case and am unable to obtain the funds to do so, and unless an order is entered relieving me from the obligation to pay, I will be unable to prosecute/commence/defend the case.

7. No previous application for the same or similar relief has been made by me in this case or any other matter in this court except:_____

**[IF ANY PRIOR REQUEST HAS BEEN MADE, PROVIDE A DESCRIPTION OF WHERE AND WHEN THE REQUEST WAS MADE. ADVISE THE COURT IF THE APPLICATION WAS GRANTED OR DENIED. IF THE POOR PERSON**

APPLICATION WAS DENIED, PLEASE EXPLAIN WHY YOU BELIEVE YOU ARE ENTITLED TO APPLY AGAIN]. _____

_____

WHEREFORE, I respectfully ask for an order permitting me to prosecute/commence/ ~~defend~~ this action/special proceeding as a poor person.

I hereby swear under the penalty of perjury that all information provided by me regarding my income and inability to pay court costs, fees and expenses are accurately reported in the above statement.

*p. husn*    *agent special appearance*

Plaintiff/Petitioner/~~Defendant~~/~~Respondent~~

[SIGN ABOVE IN THE PRESENCE OF A NOTARY PUBLIC]

*philip johnson*

[PRINT YOUR NAME]

Sworn to before me this 26 day of April, 2012

*Patricia E. Lasak*
Notary Public

PATRICIA E. LASAK
Notary Public, State of New York
No. 04LA6232541
Qualified in Queens County
Commission Expires December 13, 20 17

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X

Philip Johnson
_____,
**[FILL IN NAME(S)]**      Plaintiff(s)

Index No.

_____/_____

VS

City of New York, New York City Housing Authority Corporation, New York City Housing Authority Corporation Employee John Doe, Queens County, New York City Police Department, New York City Police Department Employees John Doe and Jane Doe, New York City Department of Corrections, New York City
_____,
**[FILL IN NAME(S)]**      Defendant(s)
-----------------------------------------------------------------X

**AFFIDAVIT** For Poor Person Order

STATE OF NEW YORK
COUNTY OF Queens _____ **[COUNTY WHERE NOTARIZED] ss:**

Philip Johnson
_____ **[YOUR NAME]**, being duly sworn, deposes and says: i have as a property an abandoned building that is located at 131-23 224 street and 131-25 224 street which is a single family home with two front exterior doors and is erroneously described as a two family. i have no other real property in the world. i do not own any cars that allow for transportation. i do not have any bank accounts with money in them and i have about 30 dollars total left. i own a laptop some clothes and shoes and some work equipment with out my said property i will be homeless. i was rescently unemployed and try to do work when ever it becomes available. unfortunately things have been a little slow as far as finding work is concerned but i do have some prospects. ~~i basically~~ ~~am about~~ this claim complaint is not frivilous as it concerns

my only means of shelter, The already said abandoned property.

pr hum agent special appearance
**[SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC]**

philip Johnson
**[PRINT YOUR NAME]**

Sworn to before me this
26 day of April, 2002

_____
**Notary Public**

PATRICIA E. LASAK
Notary Public, State of New York
No. 04LA6232541
Qualified in Queens County
Commission Expires December 13, 20___

**Instructions:** Fill in the Names of the Parties and the Index Number. Complete the blank spaces next to the instructions printed in bold type. PRINT AND USE BLACK INK ONLY. SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-------------------------------------------------------------x

philip Johnson
_____
[FILL IN NAME(S)]        Plaintiff(s)

Index Number

8858, 2012

city of New York, et al

EMERGENCY AFFIDAVIT

_____
[FILL IN NAME(S)]        Defendant(s)
-------------------------------------------------------------x

I, philip Johnson _____ [INSERT YOUR NAME] am the plaintiff/defendant [CIRCLE ONE] in the above-named action/special proceeding [CIRCLE ONE]. I request immediate judicial review of my _order to show cause_ _____ [INSERT DESCRIPTION OF PAPERS YOU ARE SUBMITTING, e.g., ORDER TO SHOW CAUSE] on the following grounds (reasons) [INSERT BELOW A BRIEF EXPLANATION OF WHY YOU NEED EMERGENCY OR IMMEDIATE RELIEF. DO NOT DISCUSS THE LEGAL MERITS (BASIS) OF YOUR CLAIM]. i am homeless with out my home that has been pad locked and as such i need the padlock immeadiatley removed so that i can have access to my home, my personal items, my papers, my hardwere, my transportation cards and passes, my tools to try to make a living and shelter, i was in compliance with New York laws and i need a place to live and there are no current orders from criminal court that bar my return to my home, the said property(s) located at 131-25 224 Street and 131-23 224 Street both located in Queens County New York. None of the property(s) is for public use and is not being used by the public

_____

*P. hum* — agent special appearance
[SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC]

philip Johnson

[PRINT YOUR NAME]

Sworn to before me on
this 26 day of April, 2012

_____
Notary Public

KAREN A. GOLBOURNE-LITTLE
Notary Public, State of New York
No. 04GO6179969
Qualified in Queens County
Commission Expires January 7 20 16

2