United States District Court
Eastern District of New York

Philip Johnson,
        Plaintiff,

against,

City of New York, Corporation doing business as New York City Housing Authority, Corey Dunn a former John Doe number one alias Known as New York City Housing Authority employee, Police Department City of New York, Andrew Saracena a former John Doe number two alias Known as Police Department City of New York employee, Jane Doe number one alias Known as Police Department City of New York employee 105 precinct, New York City Department of Corrections,
        Defendants

ORIGINAL
RECEIVED JUN 18 2012 PRO SE OFFICE

Demand Trial by Jury
Affirmation Motion to Reargue
CV-12-2484

I, Philip Johnson, am fully familiar with the facts and circumstances surrounding this matter and as such do declare that,

① at least seven police constables arrived at the scene of the event on about April 20, 2012, and at least one Housing Authority employee, but none of them gave me proper notice, as similar to a eviction proceeding, that a court action would be commenced against me in violation of "New York Abandoned property law" code Article 2 section 200 and in violation of New York Senate adverse possession Bills. Said Agency employees showed a disregard for said New York laws or exhibited improper training that shows a "custom and practice". Said United States Code That referred to "Custom and Practice" also had other parts or provisions that could be applicable for this matter.

② United States Code 42, section 1982 that refer to property rights also have a bearing on this matter.

Thank you for your time and attention,

Dated on About June 18, 2012

agent special appearance  p. johnson

philip johnson